**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

GARY TOLER,

Plaintiff,

v. CIVIL ACTION NO. 2:25-cv-00612

WEXFORD HEALTH SOURCES, INC.,

Defendant.

**ORDER**

Pending before the Court is an action brought by Plaintiff Gary Toler ("Plaintiff") in the form of two letters, (ECF Nos. 1, 3, and 5.) By standing order entered on October 16, 2025, (ECF No. 2), this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley entered his PF&R on May 13, 2026, recommending this Court dismiss this action for failure to prosecute. (ECF No. 7.)

This Court is not required to review, de novo or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes

general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on June 1, 2026. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the **PF&R**, (ECF No. 7), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 16, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE